# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **TODD COLEMAN**, on behalf of himself and all others similarly situated, | ) ) ) CASE NO.   3:19-cv-374 |
| Plaintiff, | ) ) **JUDGE THOMAS M. ROSE** |
| v. | ) ) ) |
| **TROPHY NUT CO.**, | ) ) |
| Defendant. | ) |

On July 21, 2020, the parties appeared before the Court by telephone and through counsel.[1] During the call the parties represented to the Court that they are diligently working to obtain records from certain non-party staffing companies and that these records are necessary to finalize their settlement documents. For good cause shown, the Court extends the parties' time to file their Joint Motion for Settlement Approval[2] by 45 days, or until and including September 7, 2020.

IT IS SO ORDERED this 22nd day of July, 2020.

\*s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE

---

[1] ECF No. 29; and July 26, 2020 docket entry.
[2] The current due date is July 24, 2020 (ECF No. 27).