**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **TODD COLEMAN**, on behalf of himself and others similarly situated, | ) ) | CASE NO. 3:19-cv-374 |
| Plaintiff, | ) ) | **JUDGE THOMAS M. ROSE** |
| v. | ) ) | |
| **TROPHY NUT CO.**, | ) ) ) | **JOINT MOTION FOR FINAL APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT** |
| Defendant. | ) | |

Plaintiff Todd Coleman ("Representative Plaintiff" or "Plaintiff"), on behalf of himself and the Class Members and Defendant Trophy Nut Co., ("Defendant") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate the Class Action Settlement pursuant to Fed. R. Civ. P. 23(e), and entry of a final judgment on the Ohio Rule 23 portion of the class settlement for which final approval is now being requested. A proposed Final Order and Judgment is attached as **Exhibit 1**.

On September 4, 2020, the Parties filed their Joint Motion for Final Approval of FLSA Settlement and Preliminary Approval of Rule 23 Class Action Settlement.[1] On September 21, 2020, the Court approved FLSA settlement and preliminarily approved the Rule 23 Class Settlement.[2]

The court-approved notice process completed on December 21, 2020.[3] The Fairness

---

[1] ECF No. 31.

[2] ECF No. 32.

[3] *See* Declaration of Settlement Administrator, Jeff Mitchell of Analytics Consulting LLC, at ¶ 7, attached as **Exhibit 2**.

Hearing is scheduled for February 17, 2021.[4]

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standards Act (FLSA) and Ohio's overtime statute, O.R.C. § 4111.03. Points and authorities supporting approval of the settlement were submitted by the Parties in their Joint Motion for Final Approval of FLSA Settlement and Preliminary Approval of Rule 23 Class Action Settlement;[5] and attached thereto were the current and former employees covered by the Settlements.[6] Rule 23 Class Settlement Notices and Class Action Fairness Act (CAFA) notices were sent out between October 20-23, 2020, and the Notice Period closed on December 21, 2020.[7]

The Court-approved Notice gave Eligible Class Members 60 days in which to request exclusion from the Ohio Rule 23 Class Settlement or to object to the Settlement.[8] Only 84 mailings were returned as undeliverable, 47 of which the claims administrator was able to find an updated or forwarding address.[9] <u>There were no opt-outs and no objections to the Ohio Rule 23 Class Settlement.</u>[10]

As explained in the Parties' Joint Motion for Final Approval of FLSA Settlement and Preliminary Approval of Rule 23 Class Action Settlement, and as listed in the revised final

---

[4] ECF Nos. 33 and 34.

[5] ECF No. 31.

[6] *See* Class Payment List, Exhibit A to Settlement Agreement (ECF No. 31-1 at PAGEID #: 259 to 267).

[7] **Ex. 2** at ¶¶ 5-7; ECF Nos. 31 and 34.

[8] ECF No. 31-2 at PAGEID #: 272.

[9] **Ex. 2** at ¶ 9.

[10] **Ex. 2** at ¶¶ 10-11.

payment list attached as **Exhibit 4**, the proposed allocations to the Representative Plaintiff and the Class Members were based on disputed but agreed estimates of unpaid pre-shift work per day and week, and the Individual Payments to the Representative Plaintiff and Class Members represent a substantial percentage of their claimed damages.[11]

## CONCLUSION

For the reasons addressed herein and in the Joint Motion for Final Approval of FLSA Settlement and Preliminary Approval of Rule 23 Class Action Settlement, the Parties respectfully ask the Court to approve the Ohio Rule 23 Class Settlement and enter the proposed Order Granting Final Approval of Class Action Settlement,[12] and to direct the Clerk of the Court to enter the Order Approving this Ohio Rule 23 Class Settlement and the September 21, 2020, Order Approving the FLSA Settlement.

[11] *See* ECF Nos. 31 at PAGEID #: 232 ("The gross settlement amount reflects approximately 1.25 hours of alleged unpaid overtime per week for each week a settlement class member worked 40 hours or more."); *see also* Declaration of Bryce J. Yoder, attached as **Exhibit 3**, at ¶¶ 3-10; and Declaration of Robi J. Baishnab, attached as **Exhibit 5**.

[12] *Attached as* **Exhibit 1**.

Respectfully submitted,

**NILGES DRAHER LLC**

*/s/Robi J. Baishnab*
Robi J. Baishnab (0086195)
34 N. High St., Ste. 502
Columbus, OH 43215
Telephone: (614) 824-5770
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com
sdraher@ohlaborlaw.com

Jeffrey J. Moyle (0084854)
614 West Superior Ave
Suite 1148
Cleveland, OH 44113
Telephone: (216) 230-2944
Facsimile: (330) 754-1430
E-mail: jmoyle@ohlaborlaw.com

*Counsel for Plaintiffs*

**KEATING MUETHING & KLEKAMP, PLL**

*/s/ Bryce J. Yoder*
(*per e-mail authorization on 2/5/2021*)
Bryce J. Yoder (0089816)
Daniel E. Izenson (0047086)
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
dizenson@kmklaw.com
byoder@kmklaw.com

*Attorneys for Defendant Trophy Nut Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Robi J. Baishnab*
Robi J. Baishnab

*Attorney for Plaintiffs*

10584653.2