AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| TODD COLEMAN, on behalf of himself and others ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:19-cv-374 |
| TROPHY NUT CO., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Revised settlement payments approved to be distributed to the Claimants; $2,500.00 Service Payment to the Representative Plaintiff; $56,6666.67 in attorneys' fees and $6,153.05 in litigation costs to Class Counsel; $7,752.00 in administrative fees; Court dismisses the claims of the Claimants with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Joint Motion for Final Approval of Rule 23 Class Action Settlement.

Date: 2/17/21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*